IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOE W. BASS, JR.,                                                                               PLAINTIFF
ADC # 148575

V.                                  No. 4:10CV02008-BSM-BD

GARY ANDREWS, *et al.*                                                                DEFENDANTS

RECOMMENDED DISPOSITION

I.      **Procedure for Filing Objections**:

The following recommended disposition has been sent to United States District Court Judge Brian S. Miller. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this Recommended Disposition. A copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

Mail your objections and "Statement of Necessity" to:

    Clerk, United States District Court
    Eastern District of Arkansas
    600 West Capitol Avenue, Suite A149
    Little Rock, AR 72201-3325

**II.    Background**:

On December 10, 2010, Joe W. Bass, Jr., an inmate at the Faulkner County Detention Center, filed this lawsuit pro se under 42 U.S.C. § 1983 (docket entry #2), along with a motion for leave to proceed *in forma pauperis* (#1).  The motion was granted by Order of December 13, 2010.  (#3)

In the December 13, 2010 Order, Mr. Bass was ordered to file an Amended Complaint within thirty days because the original Complaint did not state a claim for relief.  Specifically, Mr. Bass was ordered to describe in an amended complaint what injury, in any, he suffered as a result of Defendants' denying him access to the law library.

Mr. Bass was notified that if he did not comply with the Court's order, his case could be dismissed.  He has not responded to the Court's order, however, and has not filed an Amended Complaint.

**III.    Conclusion**:

The Complaint in this case does not state a claim for relief, and Mr. Bass has not responded to the Order requiring him to amend the complaint.  For this reason, the Court recommends that the District Court dismiss the case, without prejudice, under Local Rule 5.5(c)(2), for failure to comply with the Court's order of December 13, 2010.

DATED this 31st day of January, 2011.

_____
UNITED STATES MAGISTRATE JUDGE