**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**JOE BASS, JR.
ADC #148575**                                                     **PLAINTIFF**

**v.**         **CASE NO. 4:10-cv-2008 BSM/BD**

**GARY ANDREWS,** *et al.*                                      **DEFENDANTS**

## ORDER

The proposed findings and recommended disposition [Doc. No. 5] submitted by United States Magistrate Judge Beth Deere have been received. There have been no objections. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that plaintiff's complaint is DISMISSED WITHOUT PREJUDICE for failure to comply with a court order.

IT IS SO ORDERED this 11th day of May, 2011.

                                                                                     _____
                                                                                     UNITED STATES DISTRICT JUDGE