IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JOE BASS. JR.**
**ADC #99798**                                                                                      **PLAINTIFF**

v.                        Case No. 4:10-cv-2008 BSM/BD

**GARY ANDREWS,** *et al.*                                                            **DEFENDANT**

## JUDGMENT

Consistent with the order that was entered on this day, this case is DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 11th day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE